PD-0163-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/10/2015 4:44:16 PM
Accepted 2/12/2015 8:44:46 AM
ABEL ACOSTA
CLERK

PD No:_____

| | |
|---|---|
| PATRICK SHARARD GUILLORY | IN THE TEXAS COURT |
| VS. | OF CRIMINAL APPEALS |
| STATE OF TEXAS | AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S *PRO-SE* PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Appellant, by and through the undersigned attorney, who has personal knowledge of the matters contained herein, and files this Motion for Extension of Time to File Appellant's *Pro-Se* Petition for Discretionary Review, and in support thereof would show:

I.

Appellant was convicted of capital murder and sentenced to life in the Texas Department of Criminal Justice - Institutional. The trial court was the 180th District Court of Harris County, Texas. The trial court cause number was: 1340306. On February 10, 2015, the Fourteenth Court of Appeals in Houston, Texas, affirmed appellant's conviction in appellate cause number: 14-13-01037-CR.

II.

The current deadline for filing appellant's petition for discretionary review is March 12, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

February 12, 2015

ABEL ACOSTA, CLERK

III.

No previous extensions of time to file petitions for discretionary review have been requested by appellant.

IV.

The undersigned is not pursuing further appellate review on behalf of Mr. Guillory. The undersigned is notifying appellant of his right to pursue a petition for discretionary review.

V.

Appellant is requesting a thirty (30) day extension until April 13, 2015 , in which to file his *pro-se* petition for discretionary review in this matter.

VI.

This request is not made for the purpose of delay but to insure Appellant's right to appellate review in this matter.

VII.

Appellant's last known address within the Texas Department of Criminal Justice is:

Mr. Patrick Sharard Guillory
SID # 1895126
McConnell Unit
Beeville, Texas 78102

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the Court grant this Motion for Extension of Time to File Appellant's *Pro-Se* Petition for Discretionary Review until April 13, 2015.

Respectfully submitted,

Wayne T. Hill
SBOT: 09656300
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
(713) 623-8312

## CERTIFICATE OF SERVICE

On February 10, 2015, a true and correct copy of this motion was mailed to:

Harris County District Attorney's Office
Appellate Division
1201 Franklin,   6th Floor
Houston, Texas 77002

Mr. Patrick Sharard Guillory
(Address noted above)

Wayne T. Hill